IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

1) WILLIAM E. LIEBEL,

Plaintiff,

vs.

1) TERRI ROBERTSON aka TERRI FRAMEL aka THRESEA FRAMEL aka THRESEA L. FRAMEL aka THERESA LYNN FRAMEL;
2) THERESA L. FRAMEL AS TRUSTEE OF THE THERESA L. FRAMEL 2002 REVOCABLE TRUST, DATED THE 6th DAY OF MARCH 2002, an Oklahoma Revocable trust;
3) UNITED STATES OF AMERICA, ex rel. SMALL BUSINESS ADMINISTRATION;
4) OAKDALE MEADOWS ESTATES HOMEOWNERS ASSOCIATION;
5) JOHN DOE, OCCUPANT, and JANE DOE, OCCUPANT,

Defendants.

Case No. CIV-24-894-SLP

**NOTICE OF REMOVAL TO THE**
**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA:

Assistant United States Attorney Kay Sewell respectfully represents the following:

1. U.S. Small Business Administration (hereinafter "SBA") is a United States Government Agency named as an entity that may be entitled to recovery in this foreclosure action. This notice of removal involves a civil action pending in the District Court of

Oklahoma County, State of Oklahoma styled *William E. Liebel v. Terri Robertson, et al.*; Case No. CJ-2024-4680. No trial has occurred in this matter. Pursuant to 28 U.S.C. §§ 1442, 1446 and Local Civil Rule 81.2, attached are copies of all process, pleadings, and orders served upon the United States Attorney's Office for the Western District of Oklahoma in this action. (*See* **Ex. 1 (Summons); Ex. 2 (Petition); and Ex. 3 (Copy of OSCN Docket Sheet from Oklahoma County)**).

2. The Petition filed in this action asserts the Defendant Terri Robertson, in her personal capacity and as a trustee of Theresa L. Framel 2002 Revocable Trust, dated the 6th day of March, 2002, an Oklahoma Revocable Trust and named as Defendants, made, executed and delivered to Plaintiff certain Promissory Notes and Real Estate Mortgages as described in the Petition (**Ex. 2, Petition**).

3. On or about August 25, 2014, a judgment, entitled Journal Entry of Judgment ("Judgment"), was filed in favor of Plaintiff and against Terri Robertson aka Terri Framel Robertson aka Terri Framel aka Thresea Framel aka Thresea L. Framel aka Theresa Lynn Framel ("Terri Robertson") in a case filed in Oklahoma County, State of Oklahoma, Case No. CJ-2009-11652, in the amount of $77,330.19, with interest at the statutory rate and in the manner provided for by 12 O.S § 727.1 from August 25, 2014, until paid. A Statement of Judgment was recorded with the Oklahoma County Clerk on October 22, 2014, in Book 12665 at Page 1838, and a Corrected statement of Judgment was recorded with the Oklahoma County Clerk on October 28, 2014, in Book 12670, at Page 1855, creating a judgment lien on the property of the judgment debtor, Teri Robertson. Said "Judgment" *Statement of Judgment*, and *Corrected Statement of Judgment* were renewed pursuant to

*Notices of Renewals of Judgment* filed with the Oklahoma County Clerk on September 27, 2018, in Book 13848, at Page 589, and on June 29, 2023, in Book 15495, at Page 1824.

4. SBA secured a mortgage recorded with the Oklahoma County Clerk on November 30, 2000, in Book 7933, at Page 1841, and a mortgage recorded with the Oklahoma County Clerk on November 30, 2000, in Book 7971, at Page 1968, or otherwise.

5. SBA's claim in this matter is considered to be secured and entitled to priority distribution.

6. This action is removable to this Court pursuant to 28 U.S.C. § 1442(a)(1) because the lawsuit involves a claim by U.S. Small Business Administration, an agency of the United States. Pursuant to the provisions of 28 U.S.C. § 1442(a)(1), the United States gives notice that the above-referenced action, now pending in the District Court of Oklahoma County, State of Oklahoma, is hereby removed to this Court.

DATED this 28th day of August, 2024.

ROBERT J. TROESTER
United States Attorney

s/ KAY SEWELL
Kay Sewell, OBA #10778
Assistant U.S. Attorney
United States Attorney's Office
Western District of Oklahoma
210 Park Avenue, Suite 400
Oklahoma City, OK 73102
(405) 553-8707 (Fax) (405) 553-8885
Email: kay.sewell@usdoj.gov

## CERTIFICATE OF SERVICE

x I hereby certify that on August 28, 2024, this document was submitted as an initiating document pursuant to ECF Policies & Procedures Manual, § II.A.2., to the following email new cases email address: newcases@okwd.uscourts.gov and that all initiating documents are attached as separate pdf files.

x I hereby certify that on August 28, 2024, I served the attached Notice of Removal by U.S. Mail on the following counsel:

Stephen L. Bruce
P.O. Box 808
Edmond, OK 73083
brucelaw@sbrucelaw.com
*Attorney for Plaintiff*

William E. Liebel
James T. Gorton
Law Offices of William E. Liebel
13300 North Eastern Ave.
Oklahoma City, OK 73131

Terri Robertson
P.O. Box 6573
Edmond, OK 73083

Craig Thompson
P.O. Box 271133
Oklahoma City, OK 73137\
*Attorney for Oakdale Meadows Estates Homeowners Association*

*s/ Kay Sewell*
Assistant U.S. Attorney.

**Exhibits:**
Exhibit 1 - State Court Summons (Oklahoma County)
Exhibit 2 - Petition (Oklahoma County)
Exhibit 3 - Oklahoma County OSCN Docket Sheet for CJ-2024-4680