IN THE DISTRICT COURT OF OKLAHOMA COUNTY, STATE OF OKLAHOMA

| | |
|---|---|
| WILLIAM E. LIEBEL,<br><br>Plaintiff,<br><br>vs.<br><br>TERRI ROBERTSON aka TERRI FRAMEL ROBERTSON aka TERRI FRAMEL aka THRESEA FRAMEL aka THRESEA L. FRAMEL aka THERESA LYNN FRAMEL; THERESA L. FRAMEL AS TRUSTEE OF THE THERESA L. FRAMEL 2002 REVOCABLE TRUST, DATED THE 6TH DAY OF MARCH 2002, an Oklahoma revocable trust; UNITED STATES OF AMERICA ex rel. SMALL BUSINESS ADMINISTRATION; OAKDALE MEADOWS ESTATES HOMEOWNERS ASSOCIATION; JOHN DOE, OCCUPANT, and JANE DOE, OCCUPANT,<br><br>Defendants. | CJ Case No. 2024 - 4680<br><br>FILED IN DISTRICT COURT<br>OKLAHOMA COUNTY<br><br>JUL 22 2024<br><br>RICK WARREN<br>COURT CLERK<br>75 |

**FORECLOSURE PETITION**

COMES NOW the Plaintiff, William E. Liebel ("Plaintiff"), and for its cause of action against the Defendants herein, alleges and states as follows:

1. Plaintiff is an individual residing in the City of Edmond, Oklahoma County, State of Oklahoma.

2. The real property and improvements located thereon which form the basis of this action are located in Oklahoma County, State of Oklahoma; this Court has jurisdiction over the subject matter and parties herein and that venue is proper.

3. On or about August 25, 2014, a judgment, entitled *Journal Entry of Judgment* ("Judgment"), was filed in favor of Plaintiff Faust and against Terri Robertson aka Terri Framel Robertson aka Terri Framel aka Thresea Framel aka Thresea L. Framel aka Theresa Lynn Framel ("Terri Robertson") in a case filed in the District Court of Oklahoma County, State of Oklahoma, Case No. CJ-2009-11652, in the amount of $77,330.19, with interest at the statutory rate and in the manner provided for by 12 O.S § 727.1 from August 25, 2014, until paid. A *Statement of Judgment* was recorded with the Oklahoma County Clerk on October 22, 2014, in Book 12665, at Page 1838, and a *Corrected Statement of Judgment* was recorded with the Oklahoma County Clerk on October 28, 2014, in Book 12670, at Page 1855, creating a judgment lien on the property of the judgment debtor, Terri Robertson. Said Judgment, *Statement of Judgment*, and *Corrected Statement of Judgment* were renewed pursuant to *Notices of Renewals of Judgment* filed with the Oklahoma County Clerk on

September 27, 2018, in Book 13848, at Page 589, and on June 29, 2023, in Book 15495, at Page 1824. Said Judgment, *Statement of Judgment* and *Corrected Statement of Judgment*, and *Notices of Renewal of Judgment* are attached hereto as Exhibits "A," "B," and "C," respectively, and are incorporated herein by reference.

4. At the time the *Statement of Judgment* was recorded, the judgment debtor, Theresa L. Framel as Trustee of the Theresa L. Framel 2002 Revocable Trust, dated the 6th day of March 2002, an Oklahoma revocable trust, was the owner in fee simple of the following real estate located in Oklahoma County, State of Oklahoma, to wit:

   Lot Eight (8) in Block Two (2) Oakdale Meadows Estates to City of Oklahoma City, Oklahoma County, Oklahoma, according to the recorded plat thereof,

   commonly known as 10324 Forest Meadow Drive, Oklahoma City, Oklahoma 73151-9130,

   with all the buildings, improvements, appurtenances (including any modular, manufactured, or mobile home located thereon) hereditaments, and all other rights there unto appertaining or belonging, and all fixtures then or thereafter attached or used in connection with said premises.

5. Terri Robertson is one and the same person as Theresa L. Framel, the Trustee of the Theresa L. Framel 2002 Revocable Trust, dated the 6th day of March 2002, an Oklahoma revocable trust.

6. The Theresa L. Framel 2002 Revocable Trust, dated the 6th day of March 2002, an Oklahoma revocable trust, is a self-settled trust, with Terri Robertson being the trustor and the beneficiary of the trust, and therefore, pursuant to 60 O.S. § 175.25(H), the interest of the trustor as beneficiary, which includes the real property and improvements located thereon which form the basis of this action, is subject to the claim of her creditors.

7. That after crediting the judgment debtor with all sums paid by her and any other credits to which she is entitled, there is now due and owing Plaintiff the sum of $135,174.77, with interest at the statutory rate and in the manner provided for by 12 O.S § 727.1 from December 31, 2023, until paid, plus all costs and a reasonable attorneys' fee incurred herein.

8. The judgment lien of Plaintiff attached to the property described in Paragraph 4 above upon the filing of the Statement of Judgment by Faust.

9. Plaintiff elects to foreclose its judgment lien with appraisement.

10. Defendant, Terri Robertson, may claim some right, title and/or interest in and to the real property identified above. Any interest claimed is inferior to that of Plaintiff.

11. Defendant, Theresa L. Framel as Trustee of the Theresa L. Framel 2002 Revocable Trust, dated the 6th day of March 2002, an Oklahoma revocable trust, may claim some

right, title and/or interest in and to the real property identified above as an owner thereof or otherwise. Any interest claimed is inferior to that of Plaintiff.

12. Defendant, United States of America ex rel. Small Business Administration, may claim some right, title and/or interest in and to the real property identified above by virtue of a mortgage recorded with the Oklahoma County Clerk on November 30, 2000, in Book 7933, at Page 1841, and a mortgage recorded with the Oklahoma County Clerk on November 30, 2000, in Book 7971, at Page 1968, or otherwise. Any interest claimed is inferior to that of Plaintiff.

13. Defendant, Oakdale Meadows Estates Homeowners Association, may claim some right, title and/or interest in and to the real property identified above by virtue of a *Assessment Lien Statement* recorded with the Oklahoma County Clerk on July 13, 2013, in Book 15506, at Page 1073. Any interest claimed is inferior to that of Plaintiff.

14. Defendants, John Doe, Occupant, and Jane Doe, Occupant, may claim some right, title and/or interest in and to the real property identified above by virtue of being the occupants of the real property identified above. Any interest claimed is inferior to that of Plaintiff.

WHEREFORE, Plaintiff prays for judgment that the judgment lien of Plaintiff is a first, prior and superior lien upon the aforementioned real property and that the judgment lien of Plaintiff be ordered foreclosed for the sums set forth above and against the Defendants and all parties and that the real property be ordered sold with appraisement to satisfy said judgment, and that from and after execution sale of the real property involved herein, Defendants hereto be forever barred and foreclosed of and from any right, title, interest in or lien upon said real property, adverse to the right and title of the purchaser at such sale, and that Plaintiff have such other and further rel.ief as it may be entitled to, in equity and good conscience, premises considered.

Stephen L. Bruce, OBA #1241
Everette C. Altdoerffer, OBA #30006
Leah K. Clark, OBA #31819
Clay P. Booth, OBA #11767
Roger M. Coil, OBA #17002
Attorneys for Plaintiff
P.O. Box 808
Edmond, Oklahoma 73083-0808
(405) 330-4110 | brucelaw@sbrucelaw.com

**EXHIBIT 2**

*1026910084*

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

AUG 25 2014

TIM RHODES
COURT CLERK
30

IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | | |
|---|---|---|
| WILLIAM E. LIEBEL, Plaintiff, | ) | |
| v. | ) | Case No. CJ-2009-11652 (Bernard M. Jones) |
| TERRI ROBERTSON AND ALEXANDER L. BEDNAR, Defendants. | ) | |

JOURNAL ENTRY AND ORDER

This matter comes on before me, the Honorable Bernard M. Jones, District Judge in and for Oklahoma County, State of Oklahoma, on this 21st day of August, 2014, on remand from the Oklahoma Court of Civil Appeals, Division IV, from Appeal No. 110842 (consolidated with No. 111267), with Opinion filed April 3, 2014. Plaintiff, William E. Liebel, appears in person, pro se, along with co-counsel, James T. Gorton. Defendant, Terri Robertson, appears neither in person nor through counsel of record. The Court finds and orders as follows:

1. The Court denies the requested oral motion for continuance by attorney Leif Swedlow on behalf of Defendant Robertson. Mr. Swedlow did not file an Entry of Appearance as required by the Local Court Rules, nor has he actually been retained by Defendant Robertson. He has also failed to file any written motion for continuance. The Court orders that the matter will proceed as scheduled this date, and Mr. Swedlow will not be allowed to participate any further.

2. Upon reviewing the motions at issue, including Plaintiff's Motion for Attorney Fees and Costs Against Defendant Robertson filed January 30, 2012, Plaintiff's Supplement to Motion for Attorney Fees and Costs Against Defendant Robertson filed March 30, 2012,



Exhibit A

EXHIBIT 2

Plaintiff's Supplemental Motion for Attorney Fees and Costs Against Defendant Robertson filed July 2, 2012, and Plaintiff's Supplement to Supplemental Motion for Attorney Fees and Costs Against Defendant Robertson filed July 13, 2012, and upon hearing testimony of counsel and review of exhibits, the Court finds that Plaintiff is entitled judgment for to everything sought in the sum of $77,330.19.

3. The Court finds that it is satisfied with the analysis provided by Plaintiff under State ex rel. Burk v. City of Oklahoma City, 1979 OK 115, 598 P.2d 659 (Okl. 1979), particularly with regard to the numerous instances of litigation misconduct committed by Defendant Robertson throughout this litigation. The Court finds that the fees and costs awarded are reasonable and commensurate with local community standards and under the facts and circumstances of this case.

4. The Court therefore enters judgment against Defendant, Terri Robertson, and in favor of Plaintiff, William E. Liebel, in the amount of $77,330.19. The Court has awarded 100% of the fees and costs sought by Plaintiff. The statutory bases for the awarded fees are under Title 12, Okla. Stat. Ann., §936; Title 12, Okla. Stat. Ann., §1580; and Title 12, Okla. Stat. Ann., §3237.

**IT IS SO FOUND AND ORDERED** this 21st day of August, 2014.

SIGNED this 25th day of August, 2014.

Bernard M. Jones, District Judge



**EXHIBIT 2**

*1026910434*

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

AUG 25 2014

TIM RHODES
COURT CLERK
36

**IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

| | |
|---|---|
| **WILLIAM E. LIEBEL,** **Plaintiff,** v. **TERRI ROBERTSON AND ALEXANDER L. BEDNAR,** **Defendants.** | **Case No. CJ-2009-11652** **(Judge Bernard M. Jones)** |

**<u>CERTIFICATE OF SERVICE OF JUDGMENT</u>**

**COMES NOW** Plaintiff, William E. Liebel, pursuant to Title 12, Okla. Stat. Ann., §696.2, and hereby certifies that the Journal Entry and Order for the proceedings had on August 21, 2014, filed August 25, 2014, was served on Defendant, Terri Robertson, at her last known address, P.O. Box 6573, Edmond, OK 73083, in accordance with Title 12, Okla. Stat. Ann., §2005, with the same having been sent by mail within three (3) days after the respective item was filed with the Court Clerk.

Respectfully submitted,

WILLIAM E. LIEBEL, OBA #5420
JAMES T. GORTON, OBA #17638
Law Offices of William E. Liebel
13300 N. Eastern Ave.
Oklahoma City, Oklahoma 73131
(405) 232-0333
(405) 463-3479 Fax



EXHIBIT 2

## CERTIFICATE OF SERVICE

This is to certify that on the 25 day of August, 2014, a true and correct copy of the above and foregoing was mailed to:

Terri Robertson
P.O. Box 6573
Edmond, OK 73083

William E. Liebel
WILLIAM E. LIEBEL



EXHIBIT 2

FILED IN DISTRICT COURT
OKLAHOMA COUNTY
OCT 22 2014
TIM RHODES
COURT CLERK
30

IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY
STATE OF OKLAHOMA

WILLIAM E. LIEBEL,

Plaintiff,

v.

TERRI ROBERTSON
AND ALEXANDER L. BEDNAR,

Defendants.

Case No. CJ-2009-11652
(Judge Bernard M. Jones)

20141022011413150
10/22/2014 02:05:00 PM
Bk:RE12665 Pg:1838 Pgs:1 JDG
State of Oklahoma
County of Oklahoma
Oklahoma County Clerk
Carolynn Caudill

STATEMENT OF JUDGMENT

STATE OF OKLAHOMA )
) SS
COUNTY OF OKLAHOMA )

William E. Liebel, of lawful age, first being duly sworn, deposes and says:

1. That on the 21st day of August, 2014 a money judgment was rendered in the above-styled and numbered case in the District Court of Oklahoma County as follows:

| Against Judgment Debtor | In Favor of Judgment Creditor | Amount: Judgment Costs & Attorney Fees |
|---|---|---|
| Terri Robertson, also known as Terri Framel | William E. Liebel | $77,330.19 |

2. That judgment was filed with the Court Clerk of Oklahoma County on the 12th day of July, 2010; that the County Clerk shall enter on the judgment index a statement based on this information, in compliance with 12 O.S. Supp. 1997 §706; and that the name and address of the judgment creditor is William E. Liebel, 13300 N. Eastern Avenue, Oklahoma City, 73131.

Further, your affiant sayeth not.

20141022011413150
Filing Fee: $13.00
10/22/2014 02:05:00 PM
JDG

William E. Liebel
13300 N. Eastern Avenue
Oklahoma City, Oklahoma 73131
(405) 232-0333
(405) 463-3479 Fax

w/

Signed and sworn to before me on the 22 day of October, 2014.

My Commission expires: 10-26-16

LINDSEY SMITH
NOTARY
# 12010232
EXP. 10/26/16
PUBLIC
STATE OF OKLAHOMA

NOTARY PUBLIC

CERTIFIED COPY
AS FILED OF RECORD
IN DISTRICT COURT
OCT 22 2014
TIM RHODES Court Clerk
Oklahoma County

UNOFFICIAL

Exhibit "B"

EXHIBIT 2

20141028011459480
10/28/2014 03:18:14 PM
Bk:RE12670 Pg:1855 Pgs:2 JDG
State of Oklahoma
County of Oklahoma
Oklahoma County Clerk
Carolynn Caudill

**IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

| | | |
|---|---|---|
| **WILLIAM E. LIEBEL,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. CJ-2009-11652** |
| | ) | **(Judge Bernard M. Jones)** |
| **TERRI ROBERTSON AND ALEXANDER L. BEDNAR,** | ) | |
| **Defendants.** | ) | |

FILED IN DISTRICT COURT
OKLAHOMA COUNTY
TIM RHODES
COURT CLERK
37

**CORRECTED STATEMENT OF JUDGMENT**

STATE OF OKLAHOMA )
) SS
COUNTY OF OKLAHOMA )

William E. Liebel, of lawful age, first being duly sworn, deposes and says:

1. That on the October 22, 2014 Plaintiff filed his Statement of Judgment in the above-referenced matter, as well as in the Oklahoma County Clerk regarding the money judgment rendered in the above-styled case in the District Court of Oklahoma County on the 21st day of August, 2014. However, due to a clerical error the filing date of that judgment was erroneously listed as the 12th day of July, 2010. Therefore, Plaintiff submits his Corrected Statement of Judgment for the money judgment rendered on the 21st day of August, 2014 in the above-styled and numbered case in the District Court of Oklahoma County as follows:

| Against Judgment Debtor | In Favor of Judgment Creditor | Amount: Judgment Costs & Attorney Fees |
|---|---|---|
| Terri Robertson, also known as Terri Framel | William E. Liebel | $77,330.19 |

2. That judgment was filed with the Court Clerk of Oklahoma County on the 25th day of August, 2014; that the County Clerk shall enter on the judgment index a statement based on this information, in compliance with 12 O.S. Supp. 1997 §706; and that the name and address

UNOFFICIAL

**EXHIBIT 2**

of the judgment creditor is William E. Liebel, 13300 N. Eastern Avenue, Oklahoma City, Oklahoma 73131.

Further, your affiant sayeth not.

William E. Liebel
William E. Liebel
13300 N. Eastern Avenue
Oklahoma City, Oklahoma 73131
(405) 232-0333
(405) 463-3479 Fax

WI

Signed and sworn to before me on the 29 day of October, 2014.

My Commission expires: 10-26-16

LINDSEY SMITH NOTARY PUBLIC # 12010232 EXP. 10/26/16 STATE OF OKLAHOMA

NOTARY PUBLIC

UNOFFICIAL

TIM RHODES Court Clerk

20141028011459480
Filing Fee: $15.00

10/28/2014 03:18:14 PM
JDG

IN THE DISTRICT COURT OF OKLAHOMA COUNTY,
STATE OF OKLAHOMA

WILLIAM E. LIEBEL )
)
Plaintiff, )
vs. ) Case No. CJ-2009-11652

TERRI ROBERTSON aka
THERESA FRAMEL

Defendant. )

20180927011322760
09/27/2018 04:21:22 PM
Bk:RE13848 Pg:589 Pgs:1 NRJ
State of Oklahoma
County of Oklahoma
Oklahoma County Clerk
David B. Hooten

FILED IN DISTRICT COURT
OKLAHOMA COUNTY
SEP 26 2018
RICK WARREN
COURT CLERK
92

NOTICE OF RENEWAL OF JUDGMENT

STATE OF OKLAHOMA ) ss.
COUNTY OF OKLAHOMA )

I, Stephen L Bruce, being duly sworn, state as follows:

1. Judgment was taken against TERRI ROBERTSON by WILLIAM E. LIEBEL the Judgment Creditor, in the District Court of OKLAHOMA County in the above styled case on August 25, 2014. The current balance is $81427.50.
2. That this judgment has not previously been renewed.
3. It is the intent of the Affiant to renew the judgment in compliance with 12 O.S. § 735, 759 (c) (2) and 909.

20180927011322760
Filing Fee: $5.00
09/27/2018 04:21:22 PM
NRJ

Stephen L. Bruce, OBA #1241
Everette C. Altdoerffer, OBA #30006
Leah K. Clark, OBA #31819
Nicholas L. Massey, OBA #30399
P.O. Box 808 |Edmond, Oklahoma 73083-0808
(405) 330-4110 M/ENY

Further, your affiant sayeth not.

Signed and sworn to before me on September 17, 2018, by Stephen L. Bruce.

Notary Public

My Commission Expires:

Our file Number: 78249

MARY DANIELS
NOTARY
# 17007071
EXP. 08/25/21
PUBLIC
STATE OF OKLAHOMA

Exhibit "C"

CERTIFIED COPY
AS FILED OF RECORD
IN DISTRICT COURT
SEP 26 2018
RICK WARREN COURT CLERK Oklahoma County

*RJ0000078249*

UNOFFICIAL

1/5

EXHIBIT 2

2023062901083651 B: 15495 P: 1824
06/29/2023 10:09:51 AM Pgs: 1
Fee: $10.00
Maressa Treat, County Clerk
Oklahoma County - State of Oklahoma

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JUN 23 2023

RICK WARREN
COURT CLERK
100

IN THE DISTRICT COURT OF OKLAHOMA COUNTY,
STATE OF OKLAHOMA

| | |
|---|---|
| WILLIAM E. LIEBEL | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CJ-2009-11652 |
| TERRI ROBERTSON | ) |
| Defendant. | ) |

NOTICE OF RENEWAL OF JUDGMENT

STATE OF OKLAHOMA ) ss.
COUNTY OF OKLAHOMA )

I, Leah K. Clark, being duly sworn, state as follows:

1. Judgment was taken against TERRI ROBERTSON by WILLIAM E. LIEBEL the Judgment Creditor, in the District Court of OKLAHOMA County in the above styled case on August 25, 2014. The current balance is $81656.51.
4. That this judgment has previously been renewed.
5. It is the intent of the Affiant to renew the judgment in compliance with 12 O.S. § 735, 759 (c) (2) and 909.

Leah K. Clark, OBA #31819
P.O. Box 808
Edmond, Oklahoma 73083-0808
(405) 330-4110
brucelaw@sbrucelaw.com

M/RENV

Further, your affiant sayeth not.

Signed and sworn to before me on June 12, 2023, by Leah K. Clark.

Notary Public

RANDI PRATER NOTARY 22013786 EXP. 10/12/2026 PUBLIC STATE OF OKLAHOMA

My Commission Expires:

Our file Number: 78249

*RJ0000078249*

CERTIFIED COPY
AS FILED OF RECORD
IN DISTRICT COURT
JUN 23 2023
RICK WARREN COURT CLERK Oklahoma County

1/10

UNOFFICIAL

EXHIBIT 2