IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIAM E. LIEBEL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No. CIV-24-894-SLP |
| | ) |
| TERRI ROBERTSON, et al., | ) |
| | ) |
|     Defendants. | ) |

**O R D E R**

The Court is in receipt of a Motion to Seal filed by Defendant Theresa Framel [Doc. No. 57] that seeks various relief including a PACER fee exemption.[1]  The Court has previously ordered that Defendant Framel may file her PACER exemption request under seal due to the circumstances of this case.  *See* Order [Doc. No. 55].  Further, to the extent the Motion includes information and exhibits from sealed state court records relating to custody or juvenile proceedings in the District Court of Oklahoma County, State of Oklahoma, the Court finds the State of Oklahoma's "countervailing interest[]" in maintaining the privacy of juvenile proceedings "heavily outweigh[s] the public interest in access" to those records.  *United States v. Bacon*, 950 F.3d 1286, 1293 (10th Cir. 2020).

Therefore, in accordance with the Court's prior Order [Doc. No. 55], the Court hereby directs the Clerk of Court to seal the Motion and its exhibit in their entirety [Doc. No. 57].

---

[1] The Court cautions Defendant Framel that any future requests to seal filings or exhibits must comply with the Local Rules of this Court.  *See e.g.*, LCvR 5.2.2.  Failure to comply with applicable local and federal rules may result in the request relief being denied or stricken.

IT IS SO ORDERED this 21st day of July, 2025.

*[signature]*

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE