IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

WILLIEM E. LIEBEL                       )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )       Case No. CIV-24-894-SLP
                                        )
TERRI ROBERTSON, et al.,                )
                                        )
        Defendants.                     )

**O R D E R**

Before the Court is Nasaria Stella Schwartz's[1] Emergency Motion to Set Aside Default, to Lift all Defaults, and for Temporary Restraining Order and Preliminary Injunction Halting Foreclosure [Doc. No. 118]. On January 8, 2026, this Court held a status conference wherein it informed Ms. Schwartz that she must engage legal counsel to respond to Plaintiff's pleadings, as the Trust is an artificial entity which "may appear in court only through licensed counsel." *See U.S. v. Lain*, 773 Fed Appx. 476, 477 (10th Cir. 2019); LCvR17.1; *see also* Minute Entry [Doc. No. 84]. On March 9, 2026, this Court entered an Order [Doc. No. 102] denying Defendant Trust's Motion for Extension of Time to Get a Lawyer to Respond to Court Filings and Cross Claim for Damages [Doc. No. 101], holding that Ms. Schwartz had ample time to obtain counsel and again reiterating that Ms. Schwartz cannot proceed on behalf of the Trust without counsel. The Court further warned Ms. Schwartz that should no counsel be retained, the Trust may be subject to default.

---

[1] Nasaria Stella Schwartz has been named as Trustee of the Omega 2002 Trust aka the Theresa L. Framel 2002 Revocable Trust, dated the 6th day of March, 2002 (the Trust) and therefore is a representative of Defendant Trust in this lawsuit.

*See* Doc. No. 102 (*citing Zimmerling v. Affinity Fin. Corp.*, 478 F. App'x 505, 508 (10th Cir. 2012)).  Despite this, Ms. Schwartz has not retained counsel.

IT IS THEREFORE ORDERED that Nasaria Stella Schwartz's Emergency Motion to Set Aside Default, to Lift all Defaults, and for Temporary Restraining Order and Preliminary Injunction Halting Foreclosure Hearing on Damages [Doc. No. 118] is STRICKEN.

The Trust is advised that any more filings shall be summarily stricken.

IT IS SO ORDERED this 19th day of May, 2026.

SCOTT L. PALK
CHIEF UNITED STATES DISTRICT JUDGE