## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| WILLIAM E. LIEBEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-24-894-SLP |
| | ) | |
| TERRI ROBERTSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Before the Court is the Joint Status Report and Discovery Plan (JSR) filed by all parties, aside from Defendant Theresa Framel, in this matter. Having reviewed the JSR the Court **STRIKES** the status conference scheduled for June 3, 2026.

The Court has repeatedly advised Ms. Framel that, although she is proceeding pro se in her individual capacity, she is nevertheless required to comply with the Federal Rules of Civil Procedure and the Local Rules of this Court. *See e.g.*, Orders [Doc Nos. 55, 59, 62, 65, 72, 85, 108, 109, 124]; *see also Nielsen v. Price*, 17 F.3d 1276, 1277 (10th Cir. 1994) (a pro se litigant must "follow the same rules and procedures that govern other litigants."). The Court has further informed Ms. Framel that she is required to confer with the other parties when this Court orders her to do so. [Doc. No. 85]. Despite this, Ms. Framel continues to refuse to engage.

The parties report in their JSR that they attempted to contact Ms. Framel multiple times to no avail. On May 11, 2026, Plaintiff's counsel began contacting Ms. Framel regarding the JSR. Plaintiff's counsel emailed the JSR to Ms. Framel several times, at

several of her known email addresses.  Plaintiff's counsel further called and left voice messages for Ms. Framel regarding the JSR.  Ms. Framel had sixteen (16) days to respond to Plaintiff's counsel regarding the JSR but failed to do so.  Given Ms. Framel's history, and her continued failure to properly engage in this litigation, the Court deems a status conference futile.

IT IS THEREFORE ORDERED that the status conference scheduled for June 3, 2026 is **STRICKEN.**

IT IS SO ORDERED this 28th day of May, 2026

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**

2